AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>$12,975.00 IN U.S. CURRENCY and<br>$15,020.00 IN U.S. CURRENCY,<br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:10-CV-50-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that:

    1.    Default judgment be and the same is hereby entered against the defendants;

    2.    All persons claiming any right, title, or interest in or to the said defendants are held in default;

    3.    The defendants are forfeited to the United States of America; and

    4.    The United States Marshal is hereby directed to dispose of the defendants according to law.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **AUGUST 18, 2010** WITH A COPY TO:

Stephen A. West (via CM/ECF Notice of Electronic Filing)


August 18, 2010                                                  DENNIS P. IAVARONE, Clerk
Date                                                               Eastern District of North Carolina

                                                                                    /s/ Debby Sawyer
                                                                                    (By) Deputy Clerk

Raleigh, North Carolina